THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE CEMENT MASONS & PLASTERERS HEALTH & WELFARE TRUST, CEMENT MASONS AND PLASTERERS RETIREMENT TRUST, and WESTERN WASHINGTON CEMENT MASONS JOURNEYMAN AND APPRENTICE TRAINING TRUST,<br><br>Plaintiffs,<br>v.<br><br>PACIFIC COAST CONSTRUCTION ENTERPRISES, INC. dba PACIFIC COAST CONCRETE, a Washington corporation, Contractor's License No. PACIFCC921DM, UBI No. 602 809 114,<br><br>Defendant. | NO. 2:20-cv-00819-RSM<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

In accordance with Federal Rule of Civil Procedure 41, Plaintiff Boards of Trustees of the Cement Masons & Plasterers Health & Welfare Trust, Cement Masons and Plasterers Retirement Trust, and Western Washington Cement Masons Journeyman and Apprentice Training Trust provides the Court with this Notice of Voluntary Dismissal of Defendant Pacific Coast Construction Enterprises, Inc. and this action with prejudice and

NOTICE OF VOLUNTARY DISMISSAL
Cause No. 2:20-cv-00819-RSM - 1

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5000 394 ee18fx01n8



without fees or costs to any parties. Pacific Coast Construction Enterprises, Inc. has not appeared in this matter.

DATED this 18th day of May, 2021.

    /s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on this 18th day of May, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all parties registered with CM/ECF in this matter.

Dated this 18th day of May, 2021, at Seattle, Washington.

    /s/ Noelle E. Dwarzski
Noelle E. Dwarzski, WSBA #40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL
Cause No. 2:20-cv-00819-RSM - 2

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900

5000 394 ee18fx01n8

